# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| MARILYN ENGLISH, <br><br> Plaintiff <br><br> v. <br><br> BANK OF AMERICA, et al., <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 1:13-cv-265-DBH <br> ) <br> ) <br> ) <br> ) |

## ORDER ON MOTION TO RE-OPEN CASE

The plaintiff's motion to reopen this quiet title lawsuit in federal court is **Denied**.

The plaintiff originally filed her petition to quiet title in Maine Superior Court for Washington County in 2012. The defendants then removed the lawsuit to this court over the plaintiff's objection. On December 9, 2013, I affirmed the federal Magistrate Judge's Recommended Decision that the lawsuit should be remanded back to state court where the plaintiff originally filed it (ECF No. 33). This court's docket shows that the Washington County Superior Court received the case on remand on December 11, 2013 (ECF No. 35).

Now, on April 27, 2018, the plaintiff has moved to reopen the case in this federal court (ECF No. 36).[1] She apparently is unhappy with what has happened since the remand. Among other things she attaches as an exhibit a June 4,

---

[1] She also seeks to reopen case number 1:15-cv-345-JDL, but that is a case assigned to Judge Levy of this Court, and I do not address it here.

2015, decision by the Maine Supreme Judicial Court sitting as the Law Court affirming the Washington County Superior Court's dismissal of her complaint (ECF No. 36-18, at 2).

There is no basis upon which to reopen this case in federal court. The plaintiff has shown no error in the original decision to remand the case to state court where she originally filed it and from which it was removed over her objection. This federal court's only role was to determine that it had no jurisdiction on account of the defendants' improper removal of the case from state court. If the plaintiff has any grounds for seeking relief (and I express no judgment on that question), she must proceed in state court where she filed her lawsuit and which evidently ruled finally on the matter.

**SO ORDERED.**

**DATED THIS 8TH DAY OF MAY, 2018**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**